Dismissed and Memorandum Opinion filed March 2, 2006









Dismissed and Memorandum Opinion filed March 2, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS. 14-05-01157-CR
&

      14-05-01158-CR

____________

 

MELVIN MATOS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
185th District Court

Harris County, Texas

Trial Court Cause Nos. 1044022
& 1037333

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to two counts of aggravated
sexual assault of a child.  In accordance
with the terms of a plea bargain agreements with the State, the trial court
sentenced appellant on October 27, 2005, to confinement for twenty years in the
Institutional Division of the Texas Department of Criminal Justice in each
cause, with the sentences to run concurrently. 
Appellant filed pro se notices of appeal.  We dismiss the appeals.  








The trial court entered a certification of the defendant=s right to appeal in each cause and
the court certified that these are plea bargain cases, and the defendant has no
right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).  The records support the trial court=s certifications.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 2, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost. 

Do Not Publish C Tex. R. App.
P. 47.2(b).